UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE CLARKSON,                              08 CV 2503 (TPG)

       Plaintiff,

-against-

THE LONG ISLAND RAILROAD COMPANY,

       Defendant.
------------------------------------------------------------X

AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On March 24, 2008, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn: Legal Department

                                              Laurie A. Hockman

Sworn to before me this 24th day of March, 2008.

_____
Notary Public

THERESA M. MAHLSTADT
Notary Public, State of New York
No. 02MA6159634
Qualified in New York County
Commission Expires January 22, 20__