UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTINE CLARKSON,

                         Plaintiff,                    08-CV-02503 ((TPG)(AJP)

        -against-                              **RULE 7.1(a) DISCLOSURE**

THE LONG ISLAND RAILROAD COMPANY,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Defendant states that Defendant is a New York State public benefit

corporation organized under the laws of the State of New York.  Defendant is a subsidiary of the

Metropolitan Transportation Authority ("MTA").  Other subsidiaries of the MTA are MTA

Metro-North Commuter Railroad, MTA New York City Transit, MTA Long Island Bus, and

MTA Bridges and Tunnels.


Dated: Jamaica, New York
       April || , 2008                         **Karla R. Alston (KA6778)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTINE CLARKSON,

                          Plaintiff,                    08-CV-02503 ((TPG)(AJP)

           -against-                   **ANSWER**

THE LONG ISLAND RAILROAD COMPANY,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*S I R S :*

      Defendant, The Long Island Rail Road Company ("LIRR"), by its attorney, MARK D.
HOFFER, ESQ., answering the verified complaint of plaintiff, alleges, upon information and
belief, as follows:

      1.      Denies knowledge or information sufficient to form a belief as to the truth of the
allegations contained in paragraph "1" and refers all questions of law to the Court for its
determination.

      2.      Denies the allegations contained in paragraph "5" but admits that on or about
September 8, 2006 plaintiff was employed by the defendant.

      3.      Denies the allegations contained in paragraphs "7", "8", "9" and "10" of the
plaintiff's complaint.

AS AND FOR AN AFFIRMATIVE DEFENSE

      4.      Whatever injuries and/or damages plaintiff may have sustained at the time and
place alleged in the Complaint, were caused in whole or in part or were contributed to by the
culpable conduct and negligence or fault or want of care on the part of the plaintiff, including

contributory negligence and without any negligence or fault or want of care on the part of this answering defendant, LIRR.

WHEREFORE, plaintiff demands judgment of this Court dismissing the plaintiff's complaint in its entirety, plus the costs and disbursements of the action.

Dated:      Jamaica, NY
             April 10, 2008

Yours, etc.,

**MARK D. HOFFER**
*Vice President/General Counsel & Secretary*
Attorney for Defendant

By: _____

    **Karla R. Alston** (KA6778)
Law Department - 1143
Jamaica Station
Jamaica, New York   11435
(718) 558-8478
File No.:JN-6383/L06000747

TO:    SABLE & GOLD
         Attorneys for Plaintiff
         450 Seventh Avenue, Suite 1608
         New York, NY 10123
         Att: Frederic M. Gold